[No. 5679–8–II.  Division Two.  October 26, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. LELAND
J. STAPLETON, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis
County, No. 6096, Dale M. Nordquist, J., entered July 1,
1981. *Affirmed* by unpublished opinion per Petrie, J., con-
curred in by Petrich, A.C.J., and Worswick, J.


[No. 5379–9–II.  Division Two.  October 27, 1982.]

CHARLES FORSMAN, ET AL, *Appellants,* v. MALLON
MOTORS, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 289766, James V. Ramsdell, J., entered Janu-
ary 30, 1981. *Reversed* and *remanded* by unpublished opin-
ion per Petrie, J., concurred in by Petrich, A.C.J., and
Worswick, J.


[No. 4960–1–II.  Division Two.  October 27, 1982.]

RUSH E. STOUFFER, *as Personal Representative,*
*Respondent,* v. WESTERN CASUALTY & SURETY
COMPANY OF FORT SCOTT, KANSAS,
*Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 269412, Robert A. Jacques, J., entered July 18,
1980. *Reversed* and *remanded* by unpublished opinion per
Petrie, J., concurred in by Reed, C.J., and Worswick, J.